UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

DEBRA S. WENZEL                             CASE NO. 04-34048
SSN: xxx-xx-5749                            CHAPTER 13
Debtor

NOTICE TO DEBRA S. WENZEL
THAT $500.00 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS
ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Debra S. Wenzel, debtor herein, and deposits $500.00 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1.  The last known address for Debra S. Wenzel was:

    1111 Blyler Place
    South Bend, IN 46616

2.  Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster.

3.  Subsequent attempts to locate this debtor were fruitless.

4.  Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: _11-20-09_                           /s/ Debra L. Miller
                                            Debra L. Miller, Trustee
                                            P.O. Box 11550
                                            South Bend, IN 46634
                                            (574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on _11-20-09_

By U. S. Mail to the Debtor as follows:

Debtor: Debra S. Wenzel, 1111 Blyler Place, South Bend, IN 46616

By electronic CM/ECF email to the following:

Debtor's Attorney: Neil Holbrook
U.S. Trustee

/s/ Debra L. Miller, Trustee
By: Rosemary Ward-Wilson